# RETURN OF SERVICE

**State of Florida**  **County of Broward**  **District Court**

Case Number: 20-CV-80007- DMM

Plaintiff:
**NELSON FERNANDEZ**

vs.

Defendant:
**BRIGHTON COLLECTIBLES, LLC.**

For:
Roderick Hannah
Law Office of Roderick V. Hannah, P.A.
8751 West Broward Blvd
Suite 303
Plantation, FL 33324

Received by Court Express Inc. on the 6th day of January, 2020 at 6:41 pm to be served on **Brighton Collectibles, Llc. c/o Business Filings Incorporated, 1200 S. Pine Island Road, Plantation, FL 33324.**

I, Raoul Artiles, do hereby affirm that on the **7th day of January, 2020 at 10:55 am, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **Summons and Complaint with Exhibits and Preservation Letter** with the date and hour of service endorsed thereon by me, to: **Donna moch c/o Business Filings Incorporated** as **Registered Agent** for **Brighton Collectibles, Llc. c/o Business Filings Incorporated**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the forgoing Verified Return of Service and that the facts stated in it are true.

**Raoul Artiles**
SPS #942

**Court Express Inc.**
**P.O. Box 010581**
**Miami, FL 33101**
**(305) 205-1304**

Our Job Serial Number: CXS-2020000035

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| NELSON FERNANDEZ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 20CV80007 |
| BRIGHTON COLLECTIBLES, LLC | ) | |
| a foreign limited liability company | ) | |
| *Defendant(s)* | ) | |

1/7/20
@ 10:55 am
SPS#94204
Donna Moch-
Served —

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRIGHTON COLLECTIBLES, LLC
By Serving Its Registered Agent:
BUSINESS FILINGS INCORPORATED
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RODERICK V. HANNAH, ESQ.
8751 WEST BROWARD BOULEVARD
SUITE 303
PLANTATION FL 33324
Telephone: (954) 362-3800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    01/06/2020

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Mary Etienne
Deputy Clerk
U.S. District Courts